**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **RAVEN LICENSING LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**HONEYWELL, INC.,**<br><br>   Defendant. | C.A. No. 1:19-cv-00612-LPS |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Raven Licensing LLC is a privately-held, Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of Plaintiff's stock.

Dated: April 4, 2019

OF COUNSEL:

Peter J. Corcoran, III
Texas Bar No. 24080038
Corcoran IP Law, PLLC
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
peter@corcoranip.com

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
*Raven Licensing LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on April 4, 2019.

                                                */s/ Timothy Devlin*
                                                Timothy Devlin